

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-19-2006

# In Re:Thomas Gerrard

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-1758

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"In Re:Thomas Gerrard " (2006). *2006 Decisions.* Paper 1075.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1075

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-1758
_____

IN RE: THOMAS J. GERRARD,
                                                                      Petitioner

_____

On a Petition for Writ of Mandamus from the
District Court for the District of New Jersey
(Related to D. N.J. Civ. No. 04-cv-06056)

_____

Submitted Under Rule 21, Fed. R. App. P.
March 10, 2006
Before: SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges

(Filed: May 19, 2006)
_____

OPINION
_____

PER CURIAM

        Petitioner Thomas Gerrard asks this Court for a writ of mandamus to direct

the United States District Court for the District of New Jersey to take action on his

petition under 28 U.S.C. § 2254.  On April 11, 2006, the District Court entered an order

directing the Respondents to file an answer to Gerrard's petition.  Accordingly, we will

deny the request as moot.